

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2016

No. 04-16-00502-CR

Antonio R. **FLORES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0432
Honorable Sid L. Harle, Judge Presiding

### O R D E R

The appellant's motion for extension of time to file their brief is granted.  The appellant's brief is due on January 9, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court